**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**CHARLES BRADLEY GRISSOM,** )<br>)<br>**Defendant.** )<br>) | **CASE NUMBER: 15-20005-02   JAR** |

**MOTION TO DISMISS**

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas and Sheri Catania, Assistant U.S. Attorney, hereby moves the Court to dismiss the above-captioned defendant pursuant to the Plea Agreement in District Court Case number 14-CR-20107-CM.

BARRY R. GRISSOM
United States Attorney
District of Kansas


 s/ Sheri Catania
SHERI CATANIA, # 17097
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail:   sheri.mccracken@usdoj.gov
    Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Gary W. Hart, counsel for the defendant.

 s/Sheri Catania
SHERI CATANIA, # 17097
Assistant United States Attorney